'on The date of 2-03-15 I Recieved This ~~message~~ Message Enclosed with This Copy is My Other Copy of a message saying I needed no 10 Copies please Be advised That on 1-30-15 I recieved a messag. Telling me That Rule 9.3(b) Was No Concern for me as it was Suspended. My Name is Matthow Vanorer TdCJ# 1904572 I have Sent This message as quickly as possible Thankyou for your Time and Patience.

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

FEB 12 2015

Abel Acosta, Clerk

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M    $ 00.26⁵
0004279596    JAN 29 2015
MAILED FROM ZIP CODE

1/28/2015
VANOVER, MATTHEW RYAN JERRY    Tr. Ct. No. 28,845
PD-1383-14

On this day, the State's Response to the appellant's petition for discretionary review has been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

MATTHEW RYAN JERRY VANOVER
TDC# 1904572
BRISCOE UNIT
1459 W. HWY 85
DILLEY, TX 78017

Was Recieved on 2-03-15

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

1/23/2015

VANOVER, MATTHEW RYAN JERRY



$ 00.26⁵

0 2 1M

COA No. 06-13-00256-CR

MAILED FROM ZIP CODE 78701

Tr. Ct. No. 28,845

PD-1383-14

On this day, this Court has granted the Appellant's Pro Se Motion to Suspend Rule 9.3(b) T.R.A.P.

Abel Acosta, Clerk

MATTHEW RYAN JERRY VANOVER
TDC# 1904572
BRISCOE UNIT
1459 W. HWY 85
DILLEY, TX  78017

TN3B  78017

Was Recieved on 1-30-15